**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Kirk A. WARD, Defendant–Appellant.**

No. 13–1423.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 22, 2013.

Filed: Dec. 26, 2013.

---

Stephen C. Moss, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Shalanda J. Smith, Spec. Asst. U.S. Atty., Lajuana M. Counts, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., on the brief), for appellee.

Before BENTON, BEAM, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kirk Ward pleaded guilty to felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), preserving his right to appeal the district court's[1] adverse disposition of his pretrial motion to suppress evidence. The district court imposed a term of three years' probation. Ward appeals. Having carefully reviewed the record, the well-reasoned opinion of the magistrate judge, which was adopted by the district court, and the briefs filed on appeal in this court, we find no basis for reversal. *See United States v. Esquivias*, 416 F.3d 696, 699 (8th Cir.2005) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri.